**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**WILLIAM LYNN JACKSON (# 43577)**　　　　　　　　　　**PETITIONER**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　**No. 2:06CV24-P-A**

**LEPHER JENKINS, ET AL.**　　　　　　　　　　　　　　**RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 19th day of April, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
　　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE